UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:26-cv-02596-VBF-DSR Date: 08/03/2026

Title SUKHRAJ SINGH SUKHRAJ v. J JOHNSON, et al.

Present: The Honorable: Daniel S. Roberts, United States Magistrate Judge

| L. Krivitsky | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff(s)/Petitioner(s): | Attorneys Present for Defendant(s)/Respondent(s): |
| None present | None present |

**Proceedings:** (IN CHAMBERS) **ORDER TO SHOW CAUSE WHY THE PETITION SHOULD NOT BE DISMISSED AS DUPLICATIVE**

On May 14, 2026, Petitioner filed the above-captioned Petition for Writ of Habeas Corpus challenging his ongoing ICE detention. See Doc. No. 1. Petitioner did not file a Notice of Related Cases as required under Local Rule 83-1.3.1. Respondents have drawn the Court's attention, however, to an identical habeas case by Petitioner currently pending before this Court. See Sukhraj Singh Sukhraj v. Bowen, No. 5:26-cv-00484-MEMF-DSR.

Petitioner is hereby ORDERED TO SHOW CAUSE IN WRITING **by August 7, 2026, at 5:00 p.m.** why this later filed habeas case should not be dismissed as duplicative of his prior habeas case, No. 5:26-cv-00484-MEMF-DSR.

FAILURE TO TIMELY COMPLY WITH THIS ORDER WILL RESULT IN A RECOMMENDATION THAT THIS CASE BE DISMISSED.

IT IS SO ORDERED.

:

**Initials of Preparer** LK