JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

SUKHRAJ SINGH SUKHRAJ,

Petitioner,

v.

J. JOHNSON, et al.,

Respondents.

No. 5:26-cv-02596-VBF-DSR

**JUDGMENT**

Pursuant to the Court's separately filed Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed without prejudice.

DATED: Nov. 11, 2026

Valerie Baker Fairbank

HON. VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE